Coy MATTOX, Appellant,

v.

The STATE of Texas, Appellee.

No. 27432.

Court of Criminal Appeals of Texas.

Feb. 16, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the felony offense of driving while intoxicated; the punishment, 6 months in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.